# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Jeffrey D. Menoff
    Lori L. Menoff

            Debtor(s)

Case No.: 1-19-11693-CLB
Chapter: 11

SSN: xxx-xx-7245
SSN: xxx-xx-1702

## ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE OF HEARING OF CONFIRMATION, AND FIXING TIME FOR FILING COMPLAINTS OBJECTING TO DEBTORS' DISCHARGE

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtors on November 6, 2023 referring to a plan under Chapter 11 of the Code filed by the Debtors; and

It having been determined after hearing on notice that the disclosure statement contains adequate information:

**IT IS ORDERED**, and notice is hereby given, that:

A. The disclosure statement filed by the Debtors on November 6, 2023 is approved.

B. **January 26, 2024** is fixed as the last day for the filing of a Complaint Objecting to the Debtors' discharge.

C. As soon as possible to ensure that parties receive not less than 28 days' notice of the last date to file objections, the plan, the disclosure statement and a ballot shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, pursuant to Fed.R.Bankr.P. 3017(d).

D. A hearing on confirmation of the plan will be held on:

### DATE/TIME/LOCATION OF HEARING
**January 26, 2024 at 3:00 P.M.**

Robert H. Jackson U.S. Courthouse
2 Niagara Square, 5th Floor, Orleans Courtroom
Buffalo, NY 14202

Unless the Court grants special permission, the hearing will be held in person only.

E. **January 23, 2024** is fixed as the last day for filing and serving written objections to confirmation of the plan, pursuant to Fed.R.Bankr.P. 3020(b)(1).

F. Ballots accepting or rejecting this plan may be filed with the **Clerk of Court, U.S. Bankruptcy Court, Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, NY 14202,** at any time before the confirmation hearing or any continuation thereof.

Dated: DEC 1 8 2023

**HONORABLE CARL L. BUCKI**
Chief Judge, United States Bankruptcy Court

*In the event of severe weather or other emergency situations, please call (716) 362-3200 (Buffalo) after 7:00 a.m. EST or visit www.nywb.uscourts.gov for updated court closing information.*

Form 11confh / www.nywb.uscourts.gov



FILED DEC 1 8 2023 BANKRUPTCY COURT BUFFALO, NY